UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BRAND,<br><br>            Plaintiff,<br><br>v.<br><br>GREG COX, et. al.,<br><br>            Defendants. | Case No. 3:17-cv-00043-MMD-WGC<br><br>**ORDER**<br><br>Re: ECF No. 16 |

  Before the court is Plaintiff's Motion of Identifying Unserved Defendants. (ECF No. 16.) Plaintiff asks the court to issue an order identifying the defendants for whom the Attorney General's Office has not accepted service, and issue summons for service.

  Plaintiff's motion is **<u>DENIED WITHOUT PREJUDICE</u>** as it is premature. In its order dated April 18, 2018, the court gave the Attorney General's Office twenty-one days to file a notice advising the court and Plaintiff of the names of defendants for whom it accepts service; the names of defendants for whom it does not accept service; and, to file under seal the last known address for those defendants for whom service is not accepted. (ECF No. 15.) At that point, Plaintiff may file a motion identifying the unserved defendants and request the issuance of summonses. The time for the Attorney General's Office to file its notice has not yet expired; therefore, Plaintiff's motion is premature.

**IT IS SO ORDERED.**

DATED: April 27, 2018.

                                 _William G. Cobb_
                                 WILLIAM G. COBB
                                 UNITED STATES MAGISTRATE JUDGE