1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6   THOMAS BRAND,                          Case No. 3:17-cv-00043-MMD-WGC
7                           Plaintiff,     **ORDER**
8         v.                               Re: ECF Nos. 59, 60, 63, 64
9   GREG COX, et. al.,
10                         Defendants.
11

12          At a July 11, 2018 hearing, Deputy Attorney General Erin Albright withdrew a motion

13  for summary judgment and motion to dismiss (ECF Nos. 24, 25) previously filed by defendants

14  Keith and Moyle. (*See* Minutes at ECF No. 68 at 3.) At that time, the court suggested counsel

15  consider deferring the re-filing of corrected motions until after the court issued an order

16  screening the First Amended Complaint (FAC), as filing the motions before that point would

17  render them moot once the FAC was screened. (*Id.*) Despite that suggestion, the motions were

18  re-filed the following day. (ECF Nos. 59, 60.)

19          The motions address the original complaint and screening order, and not the FAC.

20          The court will be issuing a report and recommendation screening the FAC,

21  recommending that certain claims be allowed to proceed, and that certain claims be dismissed

22  with prejudice. The subject of that screening order includes topics raised in the re-filed motion to

23  dismiss and motion for summary judgment. Since the motions do not address the operative

24  pleading, and did not await an order addressing which claims will proceed in the FAC, the

25  motions (ECF Nos. 59, 60) are **<u>DENIED WITHOUT PREJUDICE</u>**. Defendants may assess the

26  viability of their arguments and determine whether to file further dispositive motions once an

27  order issues addressing the recommendations on screening of the FAC.

28  *///*

1        Plaintiff's motions to strike the re-filed motions (ECF Nos. 63, 64) are **DENIED AS**

2   **MOOT**.

3   **IT IS SO ORDERED.**

4   DATED: July 27, 2018.

5                                   WILLIAM G. COBB
6                                   UNITED STATES MAGISTRATE JUDGE