UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS BRAND, | ) | 3:17-cv-00043-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 16, 2018 |
| GREG COX, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Enlargement of Time for Defendant Ronald Mullins to Respond to Request for Admissions (ECF No. 86).

Defendants' Motion for Enlargement of Time for Defendant Ronald Mullins to Respond to Request for Admissions (ECF No. 86) is **GRANTED**. Defendant Ronald Mullins shall have to and including **September 20, 2018**, in which to respond to Plaintiff's request for admissions.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk