# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS BRAND, | ) | 3:17-cv-00043-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 7, 2019 |
| GREG COX, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING
COUNSEL FOR PLAINTIFF(S):   NONE APPEARING
COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion For An Enlargement of Time to File the Opposition Response to the Defendants' Motion for Summary Judgment. FRCP 6(b)(1). (ECF No. 155.)

Good cause appearing, Plaintiff's Motion for Extension of Time (ECF No. 155) is **GRANTED**. Plaintiff shall have until **December 23, 2019** to file his opposition. Defendants shall have until **January 10, 2020** to file their reply brief.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/
    Deputy Clerk