# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BRAND, | Case No.: 3:17-cv-00043-MMD-WGC |
| Plaintiff | **Order** |
| v. | Re: ECF No. 158 |
| JAMES "GREG" COX, et. al., | |
| Defendants | |

Plaintiff has filed a Motion to Stay Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(d)(2). (ECF No. 158.)

Plaintiff's motion is **GRANTED IN PART**. Plaintiff's obligation to file a response to the pending motion for summary judgment, and consequently Defendants' obligation to file a reply brief, is stayed until the court resolves Plaintiff's Rule 56(d) motion. The motion should be briefed according with the schedule under the Local Rules, and the court will set the matter for a hearing, if necessary, once the matter is fully briefed.

**IT IS SO ORDERED**.

Dated: December 5, 2019

_____
William G. Cobb
United States Magistrate Judge