# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BRAND, | Case No.: 3:17-cv-00043-MMD-WGC |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 160 |
| GREG COX, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's "Motion for Supplemental Discovery – Rule 56 (d)(2) Fed. R. Civ. P." (ECF No. 160). Plaintiff previously filed a Motion to Stay Summary Judgment (ECF No. 158) requesting that briefing be stayed on Defendants' Motion for Summary Judgment (ECF No. 151). The court granted Plaintiff's motion and stayed Defendants' motion for summary judgment until briefing could be completed on Plaintiff's Motion to Stay (ECF No. 159). Defendants did not file a response to Plaintiff's motion to stay, possibly because the court granted the stay a few days after Plaintiff's stay motion was filed. (ECF No. 159.) Nevertheless, no response was filed to the substantive component of Plaintiff's stay motion, i.e., whether additional discovery should be afforded Plaintiff in order to be able to respond to Defendants' motion for summary judgment.

On January 6, 2020, Plaintiff filed the "Motion for Supplemental Discovery" (ECF No. 160) referred to above. Plaintiff's motion states the supplemental discovery he wants to engage in

is "to acquire an Affidavit or Declaration from inmate Kevin Gray No. 62026 and to possibly take photographs at the NNCC Culinary relevant to the statements made by Correctional Officer R. Mullins." (ECF No. 160 at 2-3.) Plaintiff subsequently states a desire to obtain "exact measurements (survey) . . . to illustrate that Defendant Mullins could not see the Culinary from his office, and demonstrate the exact positions of eye-witnesses as viewed from the video footage . . . a wall is visually present. Alternatively, a schematic diagram could serve to illustrate where the physical attack started . . . ." (*Id*. at 4-5.) Defendants filed their opposition to Plaintiff's motion for supplemental discovery on January 22, 2020 (ECF No. 161); the following day the court scheduled a hearing on Plaintiff's motion for Rule 56(d) discovery on February 21, 2020 (ECF No. 162).

### A. <u>Inmate Gray</u>

Although the court will await receipt of Plaintiff's reply memorandum to Defendants' opposition to rule on the Plaintiff's motion, it has come to the court's attention that former Nevada Department of Corrections inmate Kevin Gray from whom Plaintiff seeks to obtain discovery may be deceased. The NDOC website entitled "Inmate Search" states that as of January 27, 2020, inmate Gray's file is "inactive – death."[1] Even though the court can take judicial notice of this website page, the court instructs the Office of the Attorney General to contact NDOC and verify this information as to former inmate Gray. If former inmate Gray is deceased, then part of the rationale of Plaintiff's Motion for Supplemental Discovery is moot.

///

///

---

[1] A copy of the NDOC Inmate Search form for Kevin Gray No. 62026 is attached as Exhibit A.

### B. Photographs/"Survey" of NNCC Culinary

The Office of the Attorney General is directed to ascertain whether any photographs of NNCC culinary exist or could be secured with minimal expense or inconvenience. Alternatively, the Attorney General is to investigate the availability of any diagram of culinary or whether one could be secured with minimal expense or inconvenience.

**IT IS HEREBY ORDERED** that Defendants' counsel should report to the court as to these two inquiries on or before **Wednesday, February 12, 2020.**

The parties are advised that despite these two directives as to Defendants' counsel, the court has not determined whether Plaintiff's Rule 56(d) motion should be granted. As Defendants point out, the discovery deadline has been extended on several occasions (ECF No. 161 at 2, citing ECF Nos. 78, 98 and 133). Plaintiff will have to explain why he did not earlier seek photographs or diagrams of culinary in his reply memorandum and at the court's hearing on Plaintiff's motion on February 21, 2020.

Dated: January 27, 2020.

_William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

**Search By Offender ID**
Offender ID: 62026
-or-
**Search By Demographics**
First Name: _____ Wildcard %
Last Name: _____ Wildcard %

[Submit]

**NOTICE:**

The information provided here represents raw data. As such, the Nevada Department of Corrections makes no warranty or guarantee that the data is error free. The information should not be used as an official record by any law enforcement agency or any other entity.

Any questions regarding an inmate, please call Family Services at (775) 887-3367. Victims looking for inmate information please contact Victim Services at (775) 887-3393. Any questions regarding the web portal for law enforcement access to inmate information should be referred to PIO Scott Kelley. email: sckelley@doc.nv.gov or (775) 887-3309

Currently the following web browsers are supported for the Inmate Search: Internet Explorer 11, Chrome, Firefox and Opera. If you are unable to view inmate photos, please use a supported browser.

**Download Offender Data**

Demographic, Alias, Booking, Parole, Release

Up to date as of 2020-01-27

### Identification and Demographics

| Name | Offender ID | Gender | Ethnic | Age | Height | Weight | Build | Complexion | Hair | Eyes | Institution | Custody Level | Aliases | Prior Felonies |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KEVIN GRAY | 62026 | Male | BLACK | 56 | 6'1" | 205lb | LARGE | DARK | BLACK | BROWN | INACTIVE-DEATH | | KEVIN GRAY, KEVIN LEMONT GRAY, BRENT JERMAINE GRAY | YES |

### Booking Information

| Offense Code | Offense Description | Sent. Status | Sent. Min | Sent. Max | Sent. PED | Sent. MPR | Sent. County | Sent. PEXD | Sent. Type | Sent. RRD | Sent. Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3560 | HABITUAL CRIMINAL (LESSER) | Inactive | 8 yr. 0 mo. 0 days | 20 yr. 0 mo. 0 days | 2016-02-21 | 2018-08-12 | CLARK COUNTY COURTHOUSE | 2019-02-13 | DETERMINATE | | 2008-02-22 |
| 3476 | HABITUAL CRIMINAL (GREATER) | Inactive | 0 yr. 120 mo. 0 days | | 2019-03-16 | | CLARK COUNTY COURTHOUSE | | LIFE WITH PAROLE | | 2008-03-05 |

**Inmate Photo**



**Parole Hearing Details Unavailable**

# EXHIBIT A