1    AARON D. FORD
       Attorney General
2    DOUGLAS R. RANDS, Bar No. 3572
       Senior Deputy Attorney General
3    State of Nevada
     Public Safety Division
4    100 N. Carson Street
     Carson City, Nevada 89701-4717
5    Tel: (775) 684-1150
     E-mail: drands@ag.nv.gov
6
     *Attorneys for Defendant*
7    *Ronald Mullins*

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10   THOMAS BRAND,
                                         Case No.  3:17-cv-00043-MMD-WGC
11                        Plaintiff,
                                         **STIPULATION AND ORDER FOR**
12   v.                                  **DISMISSAL WITH PREJUDICE**

13   GREG COX, et al.,

14   _____ Defendants.

15        IT IS HEREBY STIPULATE between Thomas Brand, in proper person, and Defendant, by

16   and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R.

17   Rands, Senior Deputy Attorney General, that the above captioned action should be dismissed with

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28
                                 * * *

                                  1

prejudice by order of this Court, with each party to bear his own costs.

DATED this _____ day of May, 2021          DATED this _____ day of May, 2021

                                            AARON D. FORD
                                            Attorney General

By: _____        By: _____
    THOMAS BRAND                                DOUGLAS R. RANDS, Bar No. 3572
    *Plaintiff Pro Se*                          Senior Deputy Attorney General

                                            *Attorneys for Defendant*

Jury trial set for 5/18/2021 at 9:00 AM is vacated.     **IT IS SO ORDERED.**

                                            **US DISTRICT JUDGE**

                                            **DATED:** May 7, 2021

1

**CERTIFICATE OF SERVICE**

2  I certify that I am an employee of the Office of the Attorney General, State of Nevada and

3  that on this 7th day of May, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER**

4  **FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic

5  Filing on the following:

6  Thomas Brand, #44732
   Northern Nevada Correctional Center
7  P. O. Box 7000
   Carson City, NV  89702
8  nncclawlibrary@doc.nv.gov

9

10  _/s/ Roberta W. Bibee_____
    An employee of the
11  Office of the Attorney General

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28